UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

WILLIAM HENNESSY, by and through his             Civil Action No. 1:22-cv-00420
Guardian, JOSEPHINE HENNESSY,

      Plaintiff.

  -against-

IGR HOLDINGS LLC d/b/a PATRICK                   **JOINT STIPULATION OF**
STEAKHOUSE and JOAN STEWART,                     **DISMISSAL WITH PREJUDICE**

      Defendants
_____x

    Plaintiff William Hennessy, and Defendants, IGR Holdings LLC d/b/a Patrick Steakhouse and Joan Stewart, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

    Dated: July 13, 2022

By: *Gabriel Levy*                               By: *Wynton Sharpe*
_____                   _____

  Gabriel A Levy, Esq.                             Wynton O. Sharpe Esq.
    *Attorney for Plaintiff*                         *Attorney for Defendants*
  Gabriel A. Levy, P.C.                            Wynton O. Sharpe, P.C.
  1129 Northern Blvd. Ste 404                      111 Court Street
  Manhasset, New York 11030                        Brooklyn, New York 11201
  (347) 941-4715                                   (718) 399-9333
  Glevy@glpcfirm.com                               Sharpe@Sharpelawpc.com

**SO ORDERED.**

        **s/ WFK**
_____
HON. WILLIAM F. KUNTZ, II                        Dated: July 13, 2022
UNITED STATES DISTRICT JUDGE                           Brooklyn, New York